**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　JAMARN GRANT<br>　　TANISHA GRANT<br>　　　　　Debtor(s) | Case No. 09-13579 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 04/16/2009.

　　2) The plan was confirmed on 07/24/2009.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/29/2010.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/24/2010.

　　5) The case was dismissed on 03/15/2013.

　　6) Number of months from filing to last payment: 47.

　　7) Number of months case was pending: 49.

　　8) Total value of assets abandoned by court order: NA .

　　9) Total value of assets exempted: $4,775.00.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $11,007.23 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $11,007.23

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $520.31 |
| Other | $4.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,524.31

Attorney fees paid and disclosed by debtor:    $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC INTERNATIONAL | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE MGMT INC | Unsecured | 2,511.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 1,081.24 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL LENDERS | Unsecured | 691.08 | 1,960.40 | 1,960.40 | 119.97 | 0.00 |
| AT&T | Unsecured | 373.92 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| BLOOMINGDALE OPTICAL | Unsecured | 120.00 | 120.00 | 120.00 | 3.90 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 861.00 | 861.28 | 861.28 | 28.01 | 0.00 |
| CBE GROUP | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE BANK | Unsecured | 124.99 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CMG GROUP LLC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CMK INVESTMENTS | Unsecured | 326.69 | 479.38 | 479.38 | 15.59 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,647.89 | 2,581.89 | 2,581.89 | 150.56 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 941.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 250.00 | 430.00 | 430.00 | 13.98 | 0.00 |
| ECMC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 568.00 | NA | NA | 0.00 | 0.00 |
| FAIR COLLECTIONS & OUTSOURCIN( | Unsecured | 4,208.00 | NA | NA | 0.00 | 0.00 |
| FEDCHEX | Unsecured | 123.28 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Secured | 4,775.00 | 4,775.00 | 4,775.00 | 4,775.00 | 389.22 |
| GATEWAY FINANCIAL | Unsecured | NA | 3,580.43 | 3,580.43 | 231.69 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GATEWAY FINANCIAL SERVICES | Unsecured | 7,746.00 | 9,780.03 | 9,780.03 | 641.79 | 0.00 |
| GOODWIN & BRYAN | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| GREENWAY APARTMENTS | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL SERV | Unsecured | 582.00 | 582.39 | 582.39 | 18.94 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | NA | 138.01 | 138.01 | 138.01 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 2.12 | 2.12 | 0.07 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 729.65 | 729.65 | 23.73 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 575.00 | 575.15 | 575.15 | 18.70 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 565.00 | 565.00 | 565.00 | 18.37 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 192.00 | 192.00 | 192.00 | 6.24 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 177.00 | 177.92 | 177.92 | 5.79 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 882.00 | 877.00 | 877.00 | 28.52 | 0.00 |
| MCELROY PEDIATRIC DENTISTRY | Unsecured | 931.00 | 931.00 | 931.00 | 30.28 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 747.00 | 750.74 | 750.74 | 24.41 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT INVESTMENT BU | Unsecured | 1,075.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 689.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 729.65 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT COMPANY LLC | Unsecured | 9,564.00 | 10,338.71 | 10,338.71 | 678.45 | 0.00 |
| OXFORD COLLECTION SRVS | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 795.67 | 795.67 | 25.88 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 330.00 | 330.25 | 330.25 | 10.74 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 947.00 | 947.02 | 947.02 | 30.80 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 1,864.00 | NA | NA | 0.00 | 0.00 |
| TJF CORP | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTION | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 2,236.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNIVERSAL FIDELITY CORP | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 1,411.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,162.00 | 1,364.20 | 1,364.20 | 54.28 | 0.00 |
| VILLAGE OF CAROL STREAM | Unsecured | 180.57 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HANOVER PARK | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,775.00 | $4,775.00 | $389.22 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,775.00** | **$4,775.00** | **$389.22** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $138.01 | $138.01 | $0.00 |
| **TOTAL PRIORITY:** | **$138.01** | **$138.01** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$38,952.23** | **$2,180.69** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,524.31 |
| Disbursements to Creditors | $7,482.92 |
| **TOTAL DISBURSEMENTS :** | **$11,007.23** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/22/2013            By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**